Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff
And the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GABBARD, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PHARMACIELO LTD., DAVID ATTARD, and SCOTT LAITINEN,<br><br>        Defendants. | No. 2:20-cv-02182-PSG-JC<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOHAMMAD SINA: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br>Judge: Hon. Philip S. Gutierrez<br>Hearing Date: June 22, 2020<br>Time: 1:30 p.m.<br>Ctrm:  6A – First Street Courthouse |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOHAMMAD SINA
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No.
2:20-cv-02182-PSG-JC

| | |
|---|---|
| HOWARD ANDERSON, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PHARMACIELO LTD., DAVID ATTARD, and SCOTT LAITINEN, <br><br> Defendants. | No. 2:20-cv-03759-DMG-JEM <br><br> Judge: Hon. Dolly M. Gee |

I, Laurence M. Rosen, declare:

1.     I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for movant Mohammad Sina ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following documents:

> Exhibit 1:    PSLRA Early Notice;
>
> Exhibit 2:    Movant's PSLRA certification;
>
> Exhibit 3:    Movant's loss chart; and
>
> Exhibit 4:    The firm résumé of The Rosen Law Firm, P.A.

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOHAMMAD SINA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:20-cv-02182-PSG-JC

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on May 5, 2020.

/s/Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOHAMMAD SINA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:20-cv-02182-PSG-JC

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On May 5, 2020, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOHAMMAD SINA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 5, 2020.

/s/Laurence M. Rosen
Laurence M. Rosen

4

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOHAMMAD SINA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:20-cv-02182-PSG-JC