# Exhibit 3

Case 2:20-cv-02182-PSG-JC    Document 12-3    Filed 05/05/20    Page 1 of 2    Page ID #:79

**PharmaCielo Ltd. Loss Chart**
**Class Period: June 21, 2019 through March 2, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 0.81071429 |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|---------------------------|
| Sina, Mohammad | 1/3/2020 | 5,207 | ($2.74) | ($14,267.18) | | | | | 5,207 | $4,221.39 | ($10,045.79) | |