POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorney for Movant*
*the PharmaCielo Investor Group*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GABBARD, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PHARMACIELO LTD., DAVID ATTARD, and SCOTT LAITINEN, <br><br> Defendant. | No.: 2:20-cv-02182-PSG-JC <br><br> DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE PHARMACIELO INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL <br><br> DATE:  June 29, 2020 <br> TIME:  1:30 p.m. <br> JUDGE:  Philip S. Gutierrez <br> CTRM:  # 6A, 6th Floor |
| HOWARD ANDERSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PHARMACIELO LTD., DAVID ATTARD, and SCOTT LAITINEN, <br><br> Defendants. | No.: 2:20-cv-03759 |

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Howard Anderson and Pamela Que (collectively, the "PharmaCielo Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by the PharmaCielo Investor Group for consolidation, appointment as Lead Plaintiff for the Class, and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:   Assignment executed by Farrell Dorsey;
>
> Exhibit B:   Loss Chart of the PharmaCielo Investor Group;
>
> Exhibit C:   Notice of pendency of the first of the above-captioned actions to be filed;
>
> Exhibit D:   Shareholder Certifications executed by the members of the PharmaCielo Investor Group; and
>
> Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 5, 2020, at Calabasas, California.


                                        */s/ Jennifer Pafiti*
                                        Jennifer Pafiti

DECLARATION

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Jennifer Pafiti*
Jennifer Pafiti