# EXHIBIT A

**ASSIGNMENT AGREEMENT**

This Assignment Agreement is made and entered into as of the day of _____4/7/2020_____ (the "Effective Date"), by and between Farrell Dorsey ("Assignor") and Pamela Que ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment**.  Assignor hereby assigns, conveys, transfers, and set over unto Assignee all rights, title, ownership and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of PharmaCielo Ltd. (NASDAQ: PCLOF) (the "PharmaCielo Claims").

2. **Acceptance and Assumption**.  As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the PharmaCielo Claims.

3. **Remittance of Recovery**.  Assignee hereby agrees that in the event she obtains any recovery in connection with the prosecution of the PharmaCielo claims, she will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors**.  This Agreement shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

5. **Governing Law**.  This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New York.

**ASSIGNOR**:

By: _____

Farrell Dorsey

**ASSIGNEE**:

By: _____

Pamela Que