# EXHIBIT B

Case 2:20-cv-02182-PSG-JC     Document 16-2     Filed 05/05/20     Page 1 of 3   Page ID #:167

**PharmaCielo Ltd. (PCLOF)**
**Class Period: June 21, 2019 to March 2, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 63-Day Mean Price $0.5883 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PreClass | 4,025 | | | | | | |
| Anderson, Howard | 6/25/2019 | 100 | $5.2886 | ($529) | 11/11/2019 | (1,400) | $2.8000 | $3,920 | | | | |
| Anderson, Howard | 6/25/2019 | 1,000 | $5.2500 | ($5,250) | 11/18/2019 | (500) | $2.3750 | $1,188 | | | | |
| Anderson, Howard | 7/2/2019 | 1,000 | $5.2583 | ($5,258) | 11/18/2019 | (4,500) | $2.3700 | $10,665 | | | | |
| Anderson, Howard | 7/5/2019 | 1,000 | $5.0300 | ($5,030) | 11/18/2019 | (500) | $2.3750 | $1,188 | | | | |
| Anderson, Howard | 7/8/2019 | 1,000 | $4.7600 | ($4,760) | 11/18/2019 | (4,500) | $2.3700 | $10,665 | | | | |
| Anderson, Howard | 7/9/2019 | 100 | $4.4900 | ($449) | 11/18/2019 | (500) | $2.3600 | $1,180 | | | | |
| Anderson, Howard | 7/9/2019 | 900 | $4.5500 | ($4,095) | 11/18/2019 | (9,500) | $2.3500 | $22,325 | | | | |
| Anderson, Howard | 7/10/2019 | 946 | $4.3300 | ($4,096) | 11/19/2019 | (5,000) | $2.2200 | $11,100 | | | | |
| Anderson, Howard | 7/10/2019 | 54 | $4.3261 | ($234) | 1/10/2020 | (500) | $2.4400 | $1,220 | | | | |
| Anderson, Howard | 7/11/2019 | 180 | $4.1500 | ($747) | 1/10/2020 | (4,500) | $2.4200 | $10,890 | | | | |
| Anderson, Howard | 7/11/2019 | 800 | $4.1600 | ($3,328) | 1/14/2020 | (3,100) | $2.4356 | $7,550 | | | | |
| Anderson, Howard | 7/11/2019 | 20 | $4.1572 | ($83) | 1/14/2020 | (1,900) | $2.4300 | $4,617 | | | | |
| Anderson, Howard | 7/12/2019 | 1,000 | $3.9300 | ($3,930) | 1/31/2020 | (500) | $2.2350 | $1,118 | | | | |
| Anderson, Howard | 7/16/2019 | 1,000 | $3.9615 | ($3,962) | 1/31/2020 | (600) | $2.2300 | $1,338 | | | | |
| Anderson, Howard | 7/16/2019 | 100 | $3.9300 | ($393) | 2/7/2020 | (500) | $2.2500 | $1,125 | | | | |
| Anderson, Howard | 7/16/2019 | 50 | $3.9300 | ($197) | 2/7/2020 | (2,400) | $2.2400 | $5,376 | | | | |
| Anderson, Howard | 7/24/2019 | 850 | $3.9300 | ($3,341) | 2/14/2020 | (4,400) | $1.7700 | $7,788 | | | | |
| Anderson, Howard | 7/24/2019 | 1,000 | $3.7800 | ($3,780) | 2/19/2020 | (500) | $1.7350 | $868 | | | | |
| Anderson, Howard | 7/25/2019 | 800 | $3.6700 | ($2,936) | 2/19/2020 | (4,500) | $1.7000 | $7,650 | | | | |
| Anderson, Howard | 7/25/2019 | 200 | $3.6650 | ($733) | 2/20/2020 | (3,000) | $1.6957 | $5,087 | | | | |
| Anderson, Howard | 7/26/2019 | 1,000 | $3.5700 | ($3,570) | 2/20/2020 | (1,955) | $1.6900 | $3,304 | | | | |
| Anderson, Howard | 8/2/2019 | 1,000 | $4.1898 | ($4,190) | 2/21/2020 | (1,300) | $1.6000 | $2,080 | | | | |
| Anderson, Howard | 8/5/2019 | 1,000 | $4.1800 | ($4,180) | 2/21/2020 | (700) | $1.5900 | $1,113 | | | | |
| Anderson, Howard | 8/5/2019 | 1,000 | $4.0300 | ($4,030) | 2/21/2020 | (3,000) | $1.5800 | $4,740 | | | | |
| Anderson, Howard | 8/7/2019 | 200 | $4.3100 | ($862) | 2/21/2020 | (700) | $1.5900 | $1,113 | | | | |
| Anderson, Howard | 8/7/2019 | 800 | $4.3089 | ($3,447) | 2/21/2020 | (4,300) | $1.5600 | $6,708 | | | | |
| Anderson, Howard | 8/8/2019 | 1,000 | $4.3400 | ($4,340) | 2/21/2020 | (400) | $1.5500 | $620 | | | | |
| Anderson, Howard | 8/9/2019 | 1,000 | $4.3300 | ($4,330) | 2/21/2020 | (4,000) | $1.5436 | $6,174 | | | | |
| Anderson, Howard | 8/13/2019 | 1,000 | $4.3500 | ($4,350) | 2/21/2020 | (600) | $1.5400 | $924 | | | | |
| Anderson, Howard | 8/16/2019 | 300 | $4.0300 | ($1,209) | 2/25/2020 | (3,400) | $1.5000 | $5,100 | | | | |
| Anderson, Howard | 8/20/2019 | 200 | $4.1600 | ($832) | 2/27/2020 | (1,600) | $1.3900 | $2,224 | | | | |
| Anderson, Howard | 8/20/2019 | 800 | $4.1485 | ($3,319) | | | | | | | | |
| Anderson, Howard | 8/21/2019 | 300 | $4.0200 | ($1,206) | | | | | | | | |
| Anderson, Howard | 8/21/2019 | 700 | $4.0079 | ($2,806) | | | | | | | | |
| Anderson, Howard | 8/26/2019 | 1,000 | $3.7700 | ($3,770) | | | | | | | | |
| Anderson, Howard | 8/27/2019 | 763 | $3.7000 | ($2,823) | | | | | | | | |
| Anderson, Howard | 8/27/2019 | 237 | $3.6750 | ($871) | | | | | | | | |
| Anderson, Howard | 8/28/2019 | 560 | $3.6500 | ($2,044) | | | | | | | | |
| Anderson, Howard | 9/3/2019 | 1,000 | $3.3700 | ($3,370) | | | | | | | | |
| Anderson, Howard | 9/13/2019 | 500 | $3.5100 | ($1,755) | | | | | | | | |
| Anderson, Howard | 9/13/2019 | 500 | $3.5050 | ($1,753) | | | | | | | | |
| Anderson, Howard | 9/24/2019 | 2,000 | $4.2397 | ($8,479) | | | | | | | | |
| Anderson, Howard | 9/24/2019 | 2,000 | $4.2300 | ($8,460) | | | | | | | | |
| Anderson, Howard | 9/25/2019 | 2,500 | $4.2200 | ($10,550) | | | | | | | | |
| Anderson, Howard | 9/26/2019 | 2,500 | $3.9500 | ($9,875) | | | | | | | | |
| Anderson, Howard | 9/26/2019 | 2,500 | $3.9000 | ($9,750) | | | | | | | | |
| Anderson, Howard | 9/27/2019 | 3,000 | $4.0200 | ($12,060) | | | | | | | | |
| Anderson, Howard | 9/27/2019 | 300 | $3.9000 | ($1,170) | | | | | | | | |
| Anderson, Howard | 9/27/2019 | 1,700 | $3.8926 | ($6,617) | | | | | | | | |
| Anderson, Howard | 10/1/2019 | 2,500 | $3.6800 | ($9,200) | | | | | | | | |
| Anderson, Howard | 10/1/2019 | 270 | $3.6500 | ($986) | | | | | | | | |
| Anderson, Howard | 10/3/2019 | 2,000 | $3.5600 | ($7,120) | | | | | | | | |

*Average Closing Prices from March 3 to May 4

**PharmaCielo Ltd. (PCLOF)**
**Class Period: June 21, 2019 to March 2, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 63-Day Mean Price $0.5883 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anderson, Howard | 10/10/2019 | 2,500 | $2.8300 | ($7,075) | | | | | | | | |
| Anderson, Howard | 10/10/2019 | 5,000 | $2.8000 | ($14,000) | | | | | | | | |
| Anderson, Howard | 10/25/2019 | 5,000 | $2.5000 | ($12,500) | | | | | | | | |
| Anderson, Howard | 10/28/2019 | 5,000 | $2.3942 | ($11,971) | | | | | | | | |
| Anderson, Howard | 10/29/2019 | 5,000 | $1.9800 | ($9,900) | | | | | | | | |
| **Anderson, Howard** | | **70,730** | | **($251,899)** | | **(74,755)** | | **$150,957** | **48,355** | | **($111,086)** | **($106,803)** |
| | | | | | | | | | | | | |
| Que, Pamela | 7/1/2019 | 10,000 | $5.7000 | ($57,000) | | | | | | | | |
| Que, Pamela | 12/16/2019 | 1,300 | $2.0800 | ($2,704) | | | | | | | | |
| Que, Pamela | 12/16/2019 | 800 | $2.1200 | ($1,696) | | | | | | | | |
| Que, Pamela | 12/16/2019 | 200 | $2.1262 | ($425) | | | | | | | | |
| Que, Pamela | 12/16/2019 | 100 | $2.1264 | ($213) | | | | | | | | |
| Que, Pamela | 12/16/2019 | 100 | $2.1265 | ($213) | | | | | | | | |
| Que, Pamela | 12/16/2019 | 500 | $2.1269 | ($1,063) | | | | | | | | |
| **Que, Pamela** | | **13,000** | | **($63,314)** | | | | | **13,000** | **$7,648** | **($55,666)** | **($55,666)** |
| | | | | | | | | | | | | |
| Summary | | | | | | | | | | | | |
| Anderson, Howard | | 70,730 | | ($251,899) | | (74,755) | | $150,957 | 48,355 | | ($111,086) | ($106,803) |
| Que, Pamela | | 13,000 | | ($63,314) | | 0 | | $0 | 13,000 | | ($55,666) | ($55,666) |
| **Total** | | **83,730** | | **($315,213)** | | **(74,755)** | | **$150,957** | **61,355** | | **($166,752)** | **($162,470)** |

\*Average Closing Prices from March 3 to May 4

Page 2 of 2