# EXHIBIT C

# EQUITY ALERT: ROSEN, A GLOBALLY RECOGNIZED LAW FIRM, Files First Securities Class Action Lawsuit Against PharmaCielo Ltd. –

**Published: Mar 06 2020 13:34:00**

## EQUITY ALERT: ROSEN, A GLOBALLY RECOGNIZED LAW FIRM, Files First Securities Class Action Lawsuit Against PharmaCielo Ltd. - PCLOF

**Business Wire**

**NEW YORK -- March 6, 2020**

Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of PharmaCielo Ltd. (OTC: PCLOF) between June 21, 2019 and March 2, 2020, inclusive (the "Class Period"). The lawsuit seeks to recover damages for PharmaCielo investors under the federal securities laws.

To join the PharmaCielo class action, go to http://www.rosenlegal.com/cases-register-1798.html or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) PharmaCielo engaged in an undisclosed related party transactions with General Extract LLC; (2) PharmaCielo engaged in misleading transactions and loans with General Extract LLC and XPhyto Therapeutics Corp.; (3) PharmaCielo's Research Technology and Processing Centre was never on-schedule and is delayed; (4) the Rionegro facility is located on a floodplain and contaminated with mold and pesticides from its previous tenants; (5) PharmaCielo's Cauca Department land has never been utilized by the Company and is idle; and (6) as a result, Defendants' public statements were materially false and/or misleading at all relevant times.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than May 5, 2020. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-register-1798.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class



actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has secured hundreds of millions of dollars for investors. Attorney advertising. Prior results do not guarantee a similar outcome.

-------------------------------

Contact Information:

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40 th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
cases@rosenlegal.com
www.rosenlegal.com

View source version on businesswire.com: https://www.businesswire.com/news/home/20200306005445/en/

**Contact:**

Phillip Kim, Esq.
866-767-3653
pkim@rosenlegal.com

-0- Mar/06/2020 18:34 GMT

**Bloomberg Law**®

© 2020 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services