FILED
CLERK, U.S. DISTRICT COURT
JAN 11 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

link #71

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PHARMACIELO LTD. SECURITIES LITIGATION | Case No. 2:20-cv-02182-PSG-JC<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Judge:  Hon. Philip S. Gutierrez<br>Court:  6A |

**WHEREAS**, on August 21, 2020, Plaintiffs in this action filed an Amended Complaint for Violations of the Federal Securities Laws (Dkt. 27) against PharmaCielo Ltd., David Attard, Scott Laitinen, David Gordon, and Andres Botero (collectively, "Defendants");

**WHEREAS**, on October 21, 2020, Defendants filed a Motion to Dismiss the Amended Complaint (Dkt. 37), Plaintiffs opposed the motion on December 21, 2020 (Dkt. 41), and Defendants filed a reply in support of their motion on February 5, 2021 (Dkt. 43);

**WHEREAS**, on April 16, 2021 the Court granted Defendants' Motion to Dismiss the Amended Complaint with leave to amend (Dkt. 49);

**WHEREAS**, on May 21, 2021, Lead Plaintiff filed a Second Amended Complaint For Violations of the Federal Securities Laws against Defendants (Dkt. 50);

1  **WHEREAS**, Defendants filed a Motion to Dismiss the Second Amended Complaint on August 2, 2021 (Dkt. 59), Plaintiffs opposed the motion on October 4, 2021(Dkt. 63), and Defendants filed their reply in support of their motion on November 18, 2021 (Dkt. 65);

**WHEREAS**, on December 7, 2021 the Court granted Defendants' Motion to Dismiss the Second Amended Complaint with prejudice as to all claims (Dkt. 68);

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This action is dismissed with prejudice as to all Defendants;

2. The Court retains jurisdiction to enforce this judgment and its previous orders;

3. The Court, finding that no reason exists for delay, hereby directs the Clerk to enter this final judgment, pursuant to Federal Rule of Civil Procedure 58.

Dated: 1/11/22

Hon. Philip S. Gutierrez
United States District Judge